# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramirez, Irma C. | 2. Court or Organization<br><br>U.S. District Court - NDTX | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
1100 Commerce St., Room 1567
Dallas, Texas 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, Board of Trustees | Texas Center for Legal Ethics |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/14-4/14 | Southern Methodist University Dedman School of Law, Teaching Fee | $1,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed barber |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Loan/Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Allstate Life (IRA Annuity) | B | Div. & int. | J | T | | | | | |
| 2. | ---Putnam VT Investments | | | | | | | | | |
| 3. | -----VT Growth & Income | | | | | | | | | |
| 4. | -----VT Investors | | | | | | | | | |
| 5. | -----VT Voyager | | | | | | | | | |
| 6. | -----VT Equity Inc. | | | | | | | | | |
| 7. | -----VT Multi-Cap Growth fund | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | Parcel 1 (Hobbs, NM) | | None | J | S | | | | | |
| 10. | Parcel 2 (Hobbs, NM) | | None | J | S | | | | | |
| 11. | Parcel 3 (Hobbs, NM) | | None | J | S | | | | | |
| 12. | Parcel 4 (Hobbs, NM) | | None | J | S | | | | | |
| 13. | | | | | | | | | | |
| 14. | Tony & Adam's Hair Design, Inc. | | None | J | W | | | | | |
| 15. | | | | | | | | | | |
| 16. | Hartford Life (variable life policy) | D | div. & int. | K | T | | | | | |
| 17. | -----PVT George Putnam | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ------AMR Growth-Income | | | | | | | | | |
| 19. ------PVT Voyager | | | | | | | | | |
| 20. ------PVT Int'l Equity | | | | | | | | | |
| 21. ------HLS Midcap | | | | | | | | | |
| 22. ------AMR Growth | | | | | | | | | |
| 23. ------AMR Global Small Cap | | | | | | | | | |
| 24. ------PVT Multi-Cap Growth | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. Comerica Bank (Accounts) | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. LPL Financial IRA | D | Int./Div. | M | T | | | | | |
| 29. ------Lord Abbett Mid Cap Stock Cl A (LAVLX) | | | | | | | | | |
| 30. ------Lord Abbett Mid Cap Stock Cl B (LMCBX) | | | | | Merged (with line 29) | 05/25/14 | J | | |
| 31. ------Growth Fund of America Class A (AGTHX) | | | | | | | | | |
| 32. ------Growth Fund of America Class B (AGRBX) | | | | | Merged (with line 31) | 02/11/14 | J | | |
| 33. | | | | | | | | | |
| 34. ------Investment Co. of America Cl A (AIVSX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Investment Co. of America Cl B (AICBX) | | | | | | | | | |
| 36. -----Putnam International Equity Cl A (POVSX) | | | | | | | | | |
| 37. -----Putnam International Equity Cl B (POVBX) | | | | | | | | | |
| 38. -----Putnam Voyager Cl A (PVOYX) | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. -----Invesco Comstock Cl A (ACSTX) | | | | | | | | | |
| 41. -----Invesco Comstock Cl B (ACSWX) | | | | | | | | | |
| 42. -----Invesco Small Cap Discovery Cl A (VASCX) | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. -----Lord Abbett Affiliated Cl A (LAFFX) | | | | | | | | | |
| 45. -----Lord Abbett Affiliated Cl B (LAFBX) | | | | | | | | | |
| 46. -----Capital World Grth & Incm Cl B (CWGBX) | | | | | | | | | |
| 47. -----Federated Absolute Return Cl B (FMBBX) | | | | | | | | | |
| 48. -----Capital Income Builder Fund Cl B (CIBBX) | | | | | | | | | |
| 49. -----Hartford Cap Apprc Fd Cl C (HCACX) | | | | | | | | | |
| 50. -----Voya Global Equity Dividend & Premium Opp Fund IGD | | | | | | | | | |
| 51. -----Federated Prudent Bear Fund Cl C (PBRCX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -----Hartford Midcap Fd Cl C (HMDCX) | | | | | | | | | |
| 53. -----Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) | | | | | | | | | |
| 54. -----AIM Invesco Am. Franchise Cl A (VAFAX) | | | | | | | | | |
| 55. -----AIM Invesco Am. Franchise Cl B (VAFBX) | | | | | | | | | |
| 56. -----Hartford Midcap Fund Cl A (HFMCX) | | | | | | | | | |
| 57. -----Oppenheimer Senior Floating Rate Cl C (OOSCX) | | | | | | | | | |
| 58. -----Capital World Growth & Inc Cl A (CWGIX) | | | | | | | | | |
| 59. -----Federated Prudent Absolute Return Cl A (FMAAX) | | | | | | | | | |
| 60. -----Capital Income Bldr Cl A (CAIBX) | | | | | Spinoff (from line 48) | 03/18/14 | J | | |
| 61. | | | | | | | | | |
| 62. Texas Federal Credit Union (accounts) | A | Interest | J | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 9-12: The 2014 assessed value for each parcel is approximately $1151.

Line 30: Routine share class conversion of remaining Lord Abbett Mid Cap Stock Class B (LMCBX) shares into Lord Abbett Mid Cap Stock Class A (LAVLX) shares (see Line 29).

Line 32: Routine share class conversion of remaining Growth Fund of America Class B (AGRBX) shares into Growth Fund of America Class A (AGTHX) shares (see Line 31).

Line 50: Name change as a result of acquisition of ING by Voya.

Line 60: Routine share class conversion of some Capital Income Builder Class B (CIBBX) shares (see Line 48) into Capital Income Builder Class A (CAIBX) shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Irma C. Ramirez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544